No. 337, Misc. BERMAN v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 338, Misc. PALMORE v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 339, Misc. NOR WOODS v. TEETS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 342, Misc. FLYNN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Allan L. Sapiro* and *Marvin J. Colangelo* for petitioner.

No. 344, Misc. FORSYTHE v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 346, Misc. PELTIER v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 349, Misc. FARMER v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 352, Misc. HALL v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 354, Misc. NASH v. CUMMINGS, WARDEN. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 355, Misc. DARDEN v. TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 356, Misc. LONGLEY v. CALIFORNIA. Supreme Court of California. Certiorari denied.